IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TOMMIE CARTER,

                                              Plaintiff,

      v.

SANDRA M. ASHTON,
RYAN P. ARMSON, TRACY R.
KOPFHAMER, MIKE A. MORRISON,
JASEN B. MILLER, JOSEPH W.
CICHONIWICZ, TROY HERMANS,
CRAIG A. TOM and PHILIP J. KERCH,

                                                Defendants.

ORDER

14-cv-399-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se prisoner Tommie Carter is proceeding on claims that various prison officials used excessive force against him and then refused to provide him medical care for injuries caused by the excessive force. Now before the court is defendants' motion to stay this case while a related criminal case is pending. Dkt. #104. That motion is DENIED because defendants do not identify any specific conflicts between the civil and criminal cases and because the stay defendants request would be indefinite. Defendants acknowledge that no trial date is scheduled in the criminal case and that plaintiff still is without counsel in the criminal case since his lawyer withdrew in April 2015. Further, the deadline for filing dispositive motions in this case is September 28, 2015, so it is possible that the civil case will be resolved before the criminal case. If any motions for summary judgment do not resolve

plaintiff's claims, defendants are free to renew their motion before trial.

Entered this 23d day of September, 2015.

                                BY THE COURT:
                                /s/
                                BARBARA B. CRABB
                                District Judge