IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOMMIE L. CARTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

14-cv-399-bbc

v.

SANDRA M. ASHTON, RYAN P.
ARMSON, TRACY R. KOPFHAMER,
MIKE A. MORRISON, JASEN B.
MILLER, JOSEPH W. CICHONIWICZ,
TROY HERMANS, CRAIG A. TOM and
PHILIP J. KERCH,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice as a sanction for plaintiff Tommie L. Carter's conduct.

| /s/ | 2/2/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |